IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00348-WYD-KLM

CUPID CHARITIES, INC.,

    Plaintiff,

v.

THE DEW, LLC,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of Protective Order** [#26] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#26-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: July 1, 2015